IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SAID MUHAMMAD ALMUSTAQIIM,

Defendant.

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 14 2022
OFFICE OF THE CLERK

SEALED

4:22CR 3075

INDICTMENT

18 U.S.C. § 922(g)(3) and
18 U.S.C. § 924(a)(2)

The Grand Jury charges that:

### COUNT ONE

On or about March 21, 2021, Defendant SAID MUHAMMAD ALMUSTAQIIM, knowing he was an unlawful user of controlled substances, knowingly possessed a firearm in and affecting commerce, that being a Canik, model TP9DA, 9mm handgun which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT TWO

On or about March 19, 2022, Defendant SAID MUHAMMAD ALMUSTAQIIM, knowing he was an unlawful user of controlled substances, knowingly possessed a firearm in and affecting commerce, that being a Taurus, model G2C, 9mm handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT THREE

On or about April 29, 2022, Defendant SAID MUHAMMAD ALMUSTAQIIM, knowing he was an unlawful user of controlled substances, knowingly possessed a firearm in and affecting commerce, that being a SCCY, model CPX-2, 9mm handgun which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney